

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 2:20-CR-66 |
| v. | ) |
| | ) JUDGES Corker |
| LACEY NICOLE PERRY | ) |
| a/k/a Crystal Dawn Dugger | ) FILED UNDER SEAL |
| | ) |

## INDICTMENT

### COUNTS ONE TO FOUR
(False Use of a Social Security Number, 42 U.S.C. § 408(a)(7)(B))

The Grand Jury charges that on or about the dates and locations set forth in the table below, within the Eastern District of Tennessee and elsewhere, defendant, LACEY NICOLE PERRY, using the alias of Crystal Dawn Dugger, for the purpose of obtaining something of value from any person as described in the table below and for other purposes, willfully, knowingly, and with the intent to deceive, falsely represented that her Social Security account number was 409-53-xxxx in the written document and record described in the table below, when in fact, as defendant well knew, Social Security account number 409-53-xxxx was not assigned to defendant.

| Count | Date | Location | Item of Value | Written Document |
|---|---|---|---|---|
| One | June 5, 2017 | Tennessee Department of Safety and Homeland Security Driver's License Office, 206 Cherokee Park Drive, | Tennessee Driver's License | Application for Tennessee Driver's License |

|  |  | Suite 3, Elizabethton, TN 37643 |  |  |
|---|---|---|---|---|
| Two | March 18, 2019 | Tennessee Department of Safety and Homeland Security Driver's License Office, 4717 Lake Park Drive, Johnson City, TN 37615 | Tennessee Driver's License | Application for Tennessee Driver's License |
| Three | November 14, 2019 | A presently unknown location in the Eastern District of Tennessee | Tennessee Driver's License | Tennessee Department of Safety & Homeland Security e-Services online application for duplicate Tennessee Driver's License |
| Four | January 12, 2020 | A presently unknown location in the Eastern District of Tennessee | Tennessee Driver's License | Tennessee Department of Safety & Homeland Security e-Services online application for duplicate Tennessee Driver's License |

[42 U.S.C. § 408(a)(7)(B)]

## COUNTS FIVE TO EIGHT
(Aggravated Identity Theft, 18 U.S.C. §§ 1028A(a)(1))

On or about the dates and at the locations in the Eastern District of Tennessee listed in the table below, LACEY NICOLE PERRY, using the alias of Crystal Dawn Dugger, during and in relation to the felony violation enumerated in the table below did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the actual person whose initials are C.D.:

| COUNT | DATE | LOCATION | FELONY OFFENSE | MEANS OF IDENTIFICATION |
|---|---|---|---|---|
| Five | June 5, 2017 | Tennessee Department of Safety and Homeland Security Driver's License Office, 206 Cherokee Park Drive, Suite 3, Elizabethton, TN 37643 | False Use of a Social Security Number as alleged in Count One, above | The name and date of birth of C.D. |
| Six | March 18, 2019 | Tennessee Department of Safety and Homeland Security Driver's License Office, 4717 Lake Park Drive, Johnson City, TN 37615 | False Use of a Social Security Number as alleged in Count Two, above | The name and date of birth of C.D. |
| Seven | November 14, 2019 | A presently unknown location in the Eastern District of Tennessee | False Use of a Social Security Number as alleged in Count Three, above | The name and date of birth of C.D. |
| Eight | January 12, 2020 | A presently unknown | False Use of a Social Security Number as alleged | The name and date of birth of C.D. |

3

| | | location in the Eastern District of Tennessee | in Count Three, above | |

[18 U.S.C. § 1028A(a)(1)].

A TRUE BILL:

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: _____
Mac D. Heavener, III
Assistant United States Attorney

4